UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAVIGATOR LOGISTICS MANAGEMENT, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>L & G EXPRESS, INC. and HARTFORD INSURANCE GROUP,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 04-11871-PBS |

### MOTION TO DISMISS OF DEFENDANT
### HARTFORD FIRE INSURANCE COMPANY
### (FED. R. CIV. P. 12(b)(6))

Defendant Hartford Fire Insurance Company ("Hartford"), pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss the Complaint of the plaintiff, Navigator Logistics Management, Inc. ("Navigator"), on the grounds that the Complaint fails to state a claim upon which relief can be granted and is defective as a matter of law.  As grounds for this Motion, as more fully articulated in its accompanying Memorandum, Hartford states that Navigator, in its Complaint, seeks to recover damages to a shipment of freight transported in interstate commerce by Defendant L & G Express, Inc. ("L & G") from Baltimore, Maryland to Texas and California.  However, Navigator admits that it acted as a freight transportation broker with respect to the shipment, as opposed to the shipper or beneficial owner of goods, and has not alleged facts sufficient to show that it has any standing to recover under the bill of lading for the shipment.  The Carmack Amendment to the ICC Termination Act of 1995, 49 U.S.C. §14706, governs exclusively any claims for loss or damage to interstate

shipments of goods and provides for carrier liability only to the shipper or "person entitled to recover under the receipt or bill of lading." Both of the claims (Counts I and II) in the Complaint are therefore defective as a matter of law.

**WHEREFORE**, defendant Hartford Fire Insurance Company prays that the Court dismiss this action with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).

### Local Rule 7.1(A)(2) Certification

The undersigned counsel for defendant Hartford certifies that he has conferred with plaintiff's counsel and has attempted in good faith to resolve or narrow the issue herein.

HARTFORD FIRE INSURANCE COMPANY
By its attorney,

September 2, 2004  /s/ "Wesley S. Chused"
Wesley S. Chused, BBO #083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2004 I served a copy of the foregoing pleading upon all parties hereto electronically or via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

> Leonard M. Singer, Esq.
> Craighead Glick LLP
> 277 Dartmouth Street
> Boston, MA 02116
> Fax (617) 859-7272
>
> L & G Express, Inc.
> 6731 North Keating Avenue
> Lincolnwood, IL 60712

/s/ "Wesley S. Chused"
Wesley S. Chused