UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Navigator Logistics Management, Inc.
        Plaintiff,

CIVIL ACTION
NO.   04-11871-PBS

v.

L&G Express, Inc., et al
        Defendants.

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                         September 3, 2004

    TAKE NOTICE that the above-entitled case has been set for a Motion Hearing on **October 8, 2004**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                            By the Court,

                            /s/ Robert C. Alba
                            Deputy Clerk

Copies to:  All Counsel