# Looney & Grossman LLP

**Attorneys at Law**

Wesley S. Chused
Voicemail: Ext. 551
Email: wchused@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

September 11, 2004

The Honorable Patti B. Saris
United States District Court
One Courthouse Way
Boston, MA 02210

    Re:    Navigator Logistics Management, Inc. v.
             L & G Express, Inc. and Hartford Insurance Group
             Civil Action No. 04-11871-PBS

Dear Judge Saris:

    I acknowledge receipt on September 9, 2004 of your ECF Notices scheduling a hearing on the Defendants' Motion to Dismiss as well as a Scheduling Conference for 4:00 p.m. on October 8, 2004 in the above case. However, I will be away on vacation from September 29 through October 12, 2004 and therefore I respectfully request that you reschedule both matters for a time on or after October 14, 2004.

    Thank you for your courtesy and cooperation in this matter.

                                Very truly yours,

                                /s/ "Wesley S. Chused"
                              Wesley S. Chused

WSC/dml

cc:    Leonard M. Singer, Esq.

L:\11344\008\Ltr\04.doc