UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * *
NAVIGATOR LOGISTICS              *
MANAGEMENT, INC.,                *
                                 *
      PLAINTIFF                  *
                                 *
      V.                         *   C. A. 04-11871-PBS
                                 *
L & G EXPRESS, INC. and          *
HARTFORD INSURANCE GROUP         *
                                 *
      DEFENDANTS                 *
* * * * * * * * * * * * * * * * *
```

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Plaintiff, with the assent of Hartford Insurance Group, moves that the time in which it must respond to Hartford's Motion to Dismiss be extended to Friday, October 1.

The principal grounds for Hartford's Motion to Dismiss is that the plaintiff is not entitled to bring suit on the claim asserted. Plaintiff believes that it can confirm its right to bring suit, thereby resolving Hartford's principal issue. In the event that the matter cannot be resolved, plaintiff will submit its opposition on or before October 1.

Because the Court has scheduled a hearing on this motion for October 28, this extension of time will not cause any delay in the resolution of this case.

NAVIGATOR LOGISTICS
MANAGEMENT, INC.

By its attorney,

_____
Leonard M. Singer
BBO 464600
Craighead Glick LLP
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200

## CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that I served the foregoing on all parties. Such service was made by causing a copy of the foregoing to be mailed to L & G Express, Inc., 6731 North Keating Avenue, Lincolnwood, Illinois 60712 and to Wesley S. Chused, Looney & Grossman, 101 Arch Street, Boston, Massachusetts 02110 on September 15, 2004.

_____
Leonard M. Singer