UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NAVIGATOR LOGISTICS MANAGEMENT, INC., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>L & G EXPRESS, INC. and )<br>HARTFORD INSURANCE GROUP, )<br>)<br>*Defendants.* ) | CIVIL ACTION<br>NO. 04-11871-PBS |

**DEFENDANT HARTFORD FIRE INSURANCE COMPANY'S
<u>CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)</u>**

Defendant Hartford Fire Insurance Company ("Hartford") and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

Defendant Hartford and its counsel have conferred:

(a)  with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b)  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

HARTFORD FIRE INSURANCE COMPANY

September 30, 2004            By:  /s/ "Karen A. Rzeszutko"
                                   Karen A. Rzeszutko, Claims Supervisor

October 16, 2004                   /s/ "Wesley S. Chused"
                                   Wesley S. Chused, BBO #083520

Attorney for HARTFORD FIRE INSURANCE COMPANY

LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800

CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2004 I served a copy of the foregoing pleading upon all parties hereto electronically or via facsimile or by mailing copies thereof, via first-class mail, postage prepaid, properly addressed to:

Leonard M. Singer, Esq.
Craighead Glick LLP
277 Dartmouth Street
Boston, MA 02116
Fax (617) 859-7272

L & G Express, Inc.
6731 North Keating Avenue
Lincolnwood, IL 60712

/s/ "Wesley S. Chused"
Wesley S. Chused