UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25 P 3: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| NAVIGATOR LOGISTICS MANAGEMENT, INC., Plaintiff, | ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 04-11871-PBS ) |
| L&G EXPRESS, INC. and HARTFORD INSURANCE GROUP, Defendants. | ) ) ) ) ) |

### NOTICE OF APPEARANCE

Please enter the appearance of Michael P. Giunta and the law firm Donovan Hatem LLP as counsel on behalf of Defendant, L&G Express, Inc., in the above-captioned matter.

Defendant,
L&G EXPRESS, INC.

By its attorneys,

_____
Michael P. Giunta, BBO No. 543768
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: October 25, 2004

24823-0
00870388