UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 25  P 3:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| NAVIGATOR LOGISTICS MANAGEMENT, INC., <br> Plaintiff, <br><br> v. <br><br> L&G EXPRESS, INC. and <br> HARTFORD INSURANCE GROUP, <br> Defendants. | CIVIL ACTION NO. 04-11871-PBS |

## DEFENDANT L&G EXPRESS, INC.'S
## MOTION FOR LEAVE TO FILE ANSWER LATE

Defendant L&G Express, Inc. ("L&G") hereby moves this Court, pursuant to Fed. R. Civ. P. 6(b), to grant it leave to file its Answer to plaintiff's complaint up to and including November 1, 2004 or within seven days of the allowance of this motion, whichever is later. This case arises out of an interstate shipment of goods from Maryland to California. The plaintiff claims that L&G failed to deliver the goods to its intended destination, and that plaintiff (apparently as a broker of the shipment) has been injured by the alleged non-delivery. L&G denies that the goods were not delivered. Further, L&G subcontracted the shipment of goods to a third-party, Piston Freightlines, Inc. ("Piston"), and to the extent plaintiff's allegations are proven, the responsible party is Piston and not L&G.

As grounds for this motion, L&G states that plaintiff filed this action in Massachusetts state court on July 13, 2004. Defendant Hartford Insurance Group ("Hartford") removed this action to this Court on August 27, 2004. Defendant L&G's is

headquartered in Evanston, Illinois, and was allegedly served process in this action through its local agent for service of process on September 1, 2004.

After receiving the complaint in this action, L&G sought defense and indemnity from its insurer, co-defendant Harford. Communications between L&G and Hartford concerning Hartford's duty to defend and indemnify L&G continued until the claim for defense and indemnity was finally denied by Hartford on October 12, 2004. L&G recently retained the undersigned counsel to defend it in this matter.

The co-defendant Hartford has filed a motion under Fed. R. Civ. P. 12(b)(6) to dismiss this action, which is currently pending. In reply to the motion to dismiss, on October 1, 2004, plaintiff filed a motion for leave to file an amended complaint which seeks to add a plaintiff to this action. This Court has scheduled a status conference in this matter for October 28, 2004. No party will be prejudiced by allowance of L&G's motion to file its Answer late.

L&G has meritorious defenses to plaintiff's complaint and wishes to assert a third-party action against Piston Freightlines, Inc. It is in the interest of justice that L&G have an opportunity to litigate this matter on the merits.

A copy of L&G's proposed Answer and its Third-Party Complaint is attached hereto.

WHEREFORE, Defendant L&G Express, Inc. requests, pursuant to Fed. R. Civ. P. 6(b), that this Court grant it leave to file its Answer to plaintiff's complaint up to and including November 1, 2004 or within seven days of the allowance of this motion, whichever is later.

Dated: 10/25/04

Defendant,
L&G EXPRESS, INC.
By its attorneys,

_____
Michael P. Giunta, BBO No. 543768
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500