UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 OCT -1 P 4: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

```
* * * * * * * * * * * * * * * *
NAVIGATOR LOGISTICS           *
MANAGEMENT, INC., and         *
THE CLOSEOUT GROUP! INC.      *
                              *
           PLAINTIFFS         *
                              *
      V.                      *    C. A. 04-11871-PBS
                              *
L & G EXPRESS, INC. and       *
HARTFORD INSURANCE GROUP      *
                              *
           DEFENDANTS         *
* * * * * * * * * * * * * * * *
```

## AMENDED COMPLAINT

Plaintiffs bring this action to recover damages they sustained as a result of goods lost in the course of shipment in interstate commerce.

1.  Plaintiff Navigator Logistics Management, Inc. (Navigator) is a broker in the business of arranging for the shipment of goods. Navigator has its place of business at 6 Main St. Extension, Plymouth, Massachusetts. Navigator arranged for the shipment at issue in this litigation.

2.  Plaintiff The Closeout Group! Inc. has a principal place of business at 113 Fillmore Street, Bristol, Pennsylvania 19007. The Closeout Group! Inc. was the owner of the lost goods that give rise to the claim in this litigation.

3.  Defendant L & G Express, Inc. (L & G) is a motor common carrier having a place of business at 6731 North Keating Avenue, Lincolnwood, Illinois 60712. Pursuant to regulations issued by the Federal Motor Carrier Safety Administration, L & G has designated James M. Burns, 935 Main Street, Springfield, Massachusetts as its agent for

the service of process in the Commonwealth of Massachusetts.

4. Defendant Hartford Insurance Group (Hartford) is an insurance company having and address at Box 3122, Naperville, Illinois 60566-7122. Hartford regularly does business in the Commonwealth.

5. On or about December 22, 2003, L & G picked up 2208 cases of air fresheners which were packed on 28 pallets. The air fresheners were picked up at a warehouse operated by Medo Industries, 2010 Washington Blvd., Baltimore, Maryland. 400 cases packed on six pallets were for delivery to The Closeout Group! Inc.'s warehouse, 23623 Colonial Parkway, Katy, Texas and the remaining cases and pallets were to be delivered to The Closeout Group! Inc. warehouse, 4000 Union Pacific Ave., City of Commerce, California.

6. L & G's driver acknowledged receipt of all 228 cases and 28 pallets in good order and condition.

7. L & G delivered the 400 cases and 6 pallets to Katy, Texas but has failed to deliver the remaining cases and pallets to City of Commerce, California.

8. Plaintiffs have been damaged by L & G's failure to deliver the air fresheners to City of Commerce, California.

## COUNT I - AGAINST L & G

9. As a common carrier in interstate commerce, L & G had a duty to safeguard the air fresheners and to deliver them in good order and condition to The Closeout Group! Inc. warehouse in City of Commerce.

10. L & G has breached its duty as aforesaid and plaintiffs have suffered damages as a result.

11. Plaintiffs have submitted a claim for its loss to L & G and has satisfied all conditions precedent to their right to recover damages from L & G.

## COUNT II - AGAINST HARTFORD

12. Hartford issued a policy of insurance to L & G insuring L & G for the claim that plaintiffs have made against L & G. Prior to the shipment at issue, plaintiffs received a certificate of such insurance from Hartford's agent.

13. Hartford's policy contained a so-called BMC-32 endorsement as provided for in 49 USC §13906 (a) (3) and a copy of said indorsement was filed with the appropriate federal agencies.

14. Hartford is liable to plaintiffs for the loss of the air fresheners pursuant to its policy of insurance, the Certificate issued by its agent and the form BMC-32.

15. All conditions precedent to plaintiffs' right to recover from Hartford have been satisfied.

WHEREFORE plaintiffs demand that judgment enter against the defendants for the damages they have sustained plus such other and further relief as the Court deems just and proper.

PLAINTIFFS

By their attorney,

_____
Leonard M. Singer
BBO 464600
Craighead Glick LLP
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200

## CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that I served the foregoing on all parties. Such service was made by causing a copy of the foregoing to be mailed to L & G Express, Inc., 6731 North Keating Avenue, Lincolnwood, Illinois 60712 and faxed to Wesley S. Chused, Looney & Grossman, 101 Arch Street, Boston, Massachusetts 02110 on October 1, 2004.

_____
Leonard M. Singer