UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Navigator Logistics Management, Inc.
Plaintiff,

      V.                    Civil Action Number
                    04-11871-PBS

L&G Express, Inc., et al
Defendant.                    October 28, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/18/05

Summary Judgment Motion filing deadline: 4/15/05

Opposition to Summary Judgment Motions: 4/30/05

Hearing on Summary Judgment or Pretrial Conference: 5/19/05 at 2:00 p.m.

                    By the Court,

                    /s/ Robert C. Alba
                    Deputy Clerk