UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NAVIGATOR LOGISTICS MANAGEMENT, INC., <br> Plaintiff, <br><br> v. <br><br> L&G EXPRESS, INC. and <br> HARTFORD INSURANCE GROUP, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11871-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Douglas M. Kalata and the law firm Donovan Hatem LLP as counsel on behalf of Defendant, L&G Express, Inc., in the above-captioned matter.

Defendant,
L&G EXPRESS, INC.

By its attorneys,

Michael P. Giunta, BBO No. 543768
Douglas M. Kalata BBO NO. 635309
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: October 28, 2004

24823-0
00872902