UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
NAVIGATOR LOGISTICS          *
MANAGEMENT, INC.,            *
                             *
          PLAINTIFFS         *
                             *
     V.                      *   C. A. 04-11871-PBS
                             *
L & G EXPRESS, INC. and      *
HARTFORD INSURANCE GROUP     *
                             *
          DEFENDANTS         *
* * * * * * * * * * * * * * *
```

## CERTIFICATE

Pursuant to Local Rule 16.1(D) (3) Navigator Logistics Management, Inc. and its counsel hereby certify that they have conferred with a view to establishing a budget for conducting this litigation and to consider its resolution through the use of alternative dispute resolution programs.

NAVIGATOR LOGISTICS
MANAGEMENT INC.

By: _____
    C. Steven Hurvitz

_____
Leonard M. Singer
BBO 464600
Craighead Glick LLP
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200

## CERTIFICATE OF SERVICE

I, Leonard M. Singer, hereby certify that I served the foregoing on all parties. Such service was made by causing a copy of the foregoing to be ~~given~~ mailed to Michael Giuuta and to Wesley S. Chused on ~~October 29~~ November 3, 2004.

_____
Leonard M. Singer