# United States District Court

DISTRICT OF MASSACHUSETTS

**PLAINTIFF**

NAVIGATOR LOGISTICS MANAGEMENT, INC.

v. **DEFENDANT**

HARTFORD INSURANCE GROUP, and

X**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

L&G EXPRESS, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  04-11871-PBS

V. **THIRD PARTY DEFENDANT**

PISTON FREIGHTLINES, INC.

TO: (Name and address of Third Party defendant)

PISTON FREIGHTLINES, INC., c/o James Burns
Truck Process Agents of America, Inc.
935 Main Street, Suite 304, Springfield, MA  01103

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT'S ATTORNEY | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|---|
| Leonard M. Singer, Esq.<br>Craighead Glick LLP<br>277 Dartmouth Street<br>Boston, MA  02116 | Wesley S. Chused<br>Looney & Grossman LLP<br>101 Arch Street<br>Boston, MA  02110 | Michael P. Giunta, Esq.<br>Donovan Hatem LLP<br>Two Seaport Lane<br>Boston, MA  02210 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**CLERK**

**(BY) DEPUTY CLERK**

DATE  10/25/2004

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE DECEMBER 27, 2004 |
| NAME OF SERVER MARK T. LEARY | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: 935 MAIN ST. #304, SPFD MA 01103

☒ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ELANOR BURNS

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 2.00 | 40.00 | $42.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on DECEMBER 27, 2004
Date

Signature of Server: Mark T. [signature]

Address of Server: P.O. BOX 30112, SPFLD., MA 01103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.