UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
NAVIGATOR LOGISTICS            *
MANAGEMENT, INC.,              *
                               *
        PLAINTIFF              *
                               *
V.                             *   C. A. 04-11871-PBS
                               *
L & G EXPRESS, INC. and        *
HARTFORD INSURANCE GROUP       *
                               *
        DEFENDANTS             *
* * * * * * * * * * * * * * * *
```

## JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move that the time in which they must complete discovery be extended from February 18 to March 15, 2005. The grounds for this motion are that the parties would like to use the additional time to explore settlement before taking the depositions of three out-of-state witnesses. This extension of time will not delay the other scheduled events in this litigation.

HARTFORD INSURANCE GROUP

By its attorney,

_____
Wesley S. Chused    by LMS
BBO 083520
Looney & Grossman
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800

PLAINTIFFS,

By their attorney,

_____
Leonard M. Singer
BBO 464600
Craighead Glick LLP
277 Dartmouth Street
Boston, Massachusetts 02116
(617) 859-8200

L & G EXPRESS, INC.

By its attorney,

_____
Michael P. Giunta   by LKS
BBO 543768
Donovan Hatem
Two Seaport Lane
Boston, Massachusetts 02110
(617) 406-4500