UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NAVIGATOR LOGISTICS ))
MANAGEMENT, INC., )
  Plaintiff, )
)
v. )  CIVIL ACTION NO. 04-11871-PBS
)
L&G EXPRESS, INC. and )
HARTFORD INSURANCE GROUP, )
  Defendants. )

## DEFENDANT, L&G EXPRESS, INC.'S, DISCLOSURES

The defendant, L&G Express, Inc. (hereinafter "L&G"), hereby submits its initial disclosures, pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2.

L&G reserves the right to supplement or amend this disclosure, should further information become known to L&G.

### A) Individuals likely to have discoverable information

1. Lillian Solovastru, L&G Express, Inc., 1415 Howard Street, Suite A, Evanston, IL, 60202, regarding L&G Express, Inc.'s role in the transaction underlying this action.

2. Gino Solovastru, L&G Express, Inc., 1415 Howard Street, Suite A, Evanston, IL, 60202, regarding L&G Express, Inc.'s role in the transaction underlying this matter.

3. Jeannette Fino, Piston Freightlines, Inc., 1711 Bluff Road, Montebello, California, regarding Piston Freightlines' possession of the subject merchandise, and obligation to deliver the merchandise to City of Commerce, California.

4. Other employees and agents of Piston Freightlines, Inc., whose identities have yet to be revealed to L&G, who have information regarding Piston Freightlines' possession of the subject merchandise, and obligation to deliver the merchandise to City of Commerce, California.

5. Steven Hurvitz, Navigator Logistics, 6 Main Street Extension, Plymouth, Massachusetts, regarding the transportation of the subject merchandise.

6. Other employees and agents of Navigator Logistics, whose identities have yet to be revealed to L&G, who have information regarding the transportation of the subject merchandise, and the transaction underlying this action.

7. An individual heretofore identified only as "Stacey Cano," as indicated in the documents attached hereto at L&G-018, regarding the transportation of the subject merchandise.

8. Karen Rzeszutko, Hartford Fire Insurance Company, 4245 Meridian Parkway, Aurora, IL, 60504, regarding the insurance policy maintained by L&G at all times relevant to this action.

9. Other employees and agents of Hartford Insurance Group, Transportation Claims Unit, Naperville, IL, 60566, regarding the insurance policy maintained by L&G at all times relevant to this action.

10. Employees and agents of Medo Industries, 2010 Washington Blvd., Baltimore, MD, 21230, whose identities have yet to be revealed to L&G, regarding the transportation of the subject merchandise, and the transaction underlying this action.

11. Employees and agents of 99 Cents Stores whose identities have yet to be revealed to L&G, who have information regarding the delivery of merchandise to Katy, Texas, and/or the alleged non-delivery of the subject merchandise to City of Commerce, California.

12. Employees and agents of Closeout Group! Inc., whose identities have yet to be revealed to L&G, who have information regarding the delivery of merchandise to Katy, Texas, and/or the alleged non-delivery of the subject merchandise to City of Commerce, California.

L&G hereby incorporates by reference the individuals listed in the initial disclosures of all other parties, to the extent such individuals are not listed above.

L&G reserves the right to object to the admissibility at trial of any or all testimony of any person listed or incorporated herein, pursuant to the Federal Rules of Evidence.

**B)** **Documents which support L&G's claims or defenses**

Copies of documents in the possession, custody, or control of L&G that L&G may use in support of its claims or defenses are attached hereto, numbered L&G-001 – L&G-056.

L&G hereby incorporates by reference the documents listed in or attached to the initial disclosures of all other parties, to the extent such documents are not attached hereto.

L&G reserves the right to object to the admissibility of any documents attached hereto or incorporated herein, pursuant to the Federal Rules of Evidence.

**C)** <u>**Computation of Damages**</u>

Not applicable.

**D)** <u>**Insurance Agreements**</u>

See Hartford Insurance Group policy number 83 MS LP8187, attached hereto at L&G-023 – L&G-033.

Defendant,
L&G EXPRESS, INC.

By its attorneys,

_____
Michael P. Giunta, BBO No. 543768
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
617-406-4500

Dated: 2/25/05, 2005

00897717
24823.0

3

## Certificate of Service

The undersigned counsel for defendant L&G Express, Inc. hereby certifies that on this date he served copies of the foregoing documents by first-class mail to counsel for plaintiff Navigator Logistics Management, Inc. and defendant Hartford Insurance Group, a/k/a Hartford Fire Insurance Company, and to third-party defendant Piston Freightlines, Inc., as follows:

Leonard M. Singer, Esq.
Craighead Glick LLP
277 Dartmouth Street
Boston, MA 02116

Wesley S. Chused, Esq.
Looney & Grossman LLP
101 Arch Street
Boston MA 02110

Piston Freightlines, Inc.
Attn: Jeanette Fino, President
1711 Bluff Road
Montebello, CA 90640

Dated: 2/25/05

_____
Michael P. Giunta

00870688 v.2
24823-0

- 1 -