UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
NAVIGATOR LOGISTICS          *
MANAGEMENT, INC.,            *
                             *
        PLAINTIFF            *
                             *
V.                           *    C. A. 04-11871-PBS
                             *
L & G EXPRESS, INC. and      *
HARTFORD INSURANCE GROUP     *
                             *
        DEFENDANTS           *
* * * * * * * * * * * * * * *
```

## JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move that the time in which they must complete discovery be extended from March 15 to April 15, 2005. Recently, plaintiffs reached a settlement with Hartford Insurance Group and there are ongoing negotiations between plaintiffs and the remaining defendant, L & G Express. Although there is no assurance that a settlement will be reached with L & G, the parties would like to determine if a settlement is possible before incurring the expense of taking the depositions of two remaining out-of-state witnesses.

| HARTFORD INSURANCE GROUP | PLAINTIFFS, |
| --- | --- |
| By its attorney, | By their attorney, |
| /s/ Wesley S. Chused (by LMS) | /s/ Leonard M. Singer |
| Wesley S. Chused | Leonard M. Singer |
| BBO 083520 | BBO 464600 |
| Looney & Grossman | Craighead Glick LLP |
| 101 Arch Street | 277 Dartmouth Street |
| Boston, Massachusetts 02110 | Boston, Massachusetts 02116 |
| (617) 951-2800 | (617) 859-8200 |

L & G EXPRESS, INC.

By its attorney,

_____
Michael P. Giunta        By LMG
BBO 543768
Donovan Hatem
Two Seaport Lane
Boston, Massachusetts 02110
(617) 406-4500