UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Navigator Logistics Management, Inc., et al
        Plaintiffs,                       CIVIL ACTION
                                                          NO.   04-11871-PBS
    v.

L&G Express, Inc., et al
        Defendants.


**NOTICE OF RESCHEDULED PRETRIAL CONFERENCE**

SARIS, U.S.D.J.                                                                             May 9, 2005

     The Pretrial Conference previously scheduled for May 19, 2005, has been **rescheduled** to **May 18, 2005, at 3:00 p.m.**

                                                                     By the Court,


                                                                     _/s/ Robert C. Alba_
                                                                     Deputy Clerk

Copies to:  All Counsel


resched.ntc