UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
NAVIGATOR LOGISTICS              *
MANAGEMENT, INC.,                *
                                 *
           PLAINTIFF             *
                                 *
     V.                          *    C. A. 04-11871-PBS
                                 *
L & G EXPRESS, INC. and          *
HARTFORD INSURANCE GROUP         *
                                 *
           DEFENDANTS            *
* * * * * * * * * * * * * * * *
```

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action may be dismissed with prejudice and without costs.

HARTFORD INSURANCE GROUP                PLAINTIFFS,

By its attorney,                        By their attorney,


_____                 _____
Wesley S. Chused                        Leonard M. Singer
BBO 083520                              BBO 464600
Looney & Grossman                       Craighead Glick LLP
101 Arch Street                         277 Dartmouth Street
Boston, Massachusetts 02110             Boston, Massachusetts 02116
(617) 951-2800                          (617) 859-8200

L & G EXPRESS, INC.

By its attorney,

*Michael P. Giunta* By LMS
Michael P. Giunta
BBO 543768
Donovan Hatem
Two Seaport Lane
Boston, Massachusetts 02110
(617) 406-4500